**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MAYRA FACUNDO** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:21-CV-2083-K** |
| | § | |
| **MAXIMUM GLOBAL** | § | |
| **TRANSPORTATION, LLC and** | § | |
| **DAVID BRADLEY DEYERLE** | § | |
| **Defendants.** | § | |

---

### PLAINTIFF'S NOTICE OF FILING AND INTENT TO USE AFFIDAVITS

---

TO DEFENDANTS MAXIMUM GLOBAL TRANSPORTATION, LLC and DAVID BRADLEY DEYERLE, by and through their attorney of record, Neely R. Fortinberry, Ekvall & Byrne, L.L.P., 4450 Sigma Road, Suite 100, Dallas, Texas 75244.

Plaintiff Mayra Facundo ("Plaintiff") hereby give notice to opposing counsel, pursuant to Texas Rule of Evidence 902, of her filing and intent to use the below listed business records, and accompanying self-authenticating affidavits (attached hereto), at the trial and/or any hearing regarding this matter:

1. *Affidavit of Costs and Necessity of Services of City of Dallas EMS for Mayra Facundo;*

2. *Affidavit for Authentication of Medical Business Records of City of Dallas EMS for Mayra Facundo;*

3. *Affidavit of Costs and Necessity of Services of Comprehensive Spine Center for Mayra Facundo;*

4. *Affidavit for Authentication of Medical Business Records of Comprehensive Spine Center for Mayra Facundo;*

5. *Affidavit of Costs and Necessity of Services and for Authentication of Medical Business Records of DFW Prescriptions for Mayra Facundo;*

Plaintiff's Notice of Filing and Intent to Use                                      Page 1 of 3

6. *Affidavit of Costs and Necessity of Services of Methodist Dallas Medical Center for Mayra Facundo;*

7. *Affidavit for Authentication of Medical Business Records of Methodist Dallas Medical Center for Mayra Facundo;*

8. *Affidavit of Costs and Necessity of Services and for Authentication of Medical Business Records of MRI Centers of Texas for Mayra Facundo;*

9. *Affidavit of Costs and Necessity of Services and for Authentication of Medical Business Records of Radiology Associates of North Texas for Mayra Facundo;*

10. *Affidavit of Costs and Necessity of Services of Texas Physician Resources, LLP for Mayra Facundo;*

Plaintiff additionally intends to file and use affidavits for authentication of medical business records and affidavits of cost and necessity of services from DFW Pain & Injury Centers— Buckner , located at 508 West Lookout Drive, Suite 1477, Richardson, Texas 75080, with a phone number of (214) 782-9901; and Uptown Radiology Associates, located at P.O. Box 669202, Dallas, Texas 75266, with a phone number of (346) 980-8690.

Respectfully submitted,

*/s Kim Jones Penepacker*
KIM JONES PENEPACKER
State Bar No. 24101976
Kim@thetexaslawdog.com
MATTHEW E. AULSBROOK
State Bar No. 24093880
Matt@thetexaslawdog.com
**AULSBROOK LAW FIRM, PLLC**
420 E. Lamar Blvd., Ste. 110
Arlington, Texas 76011
Tel. 817.775.5364
 Fax 817.381.5892
**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 12th day of April 2022, a true and correct copy of the foregoing

has been forwarded to all counsel of record, as follows:

Neely R. Fortinberry
nfortinberry@ekvallbyrne.com
Attorney for Defendants

*/s/ Kim Jones Penepacker*
Kim Jones Penepacker

Attn: _____     Fax:_____

## AFFIDAVIT OF MEDICAL EXPENSES

STATE OF NEW YORK                                §                          REQ: 10773629
COUNTY OF WESTCHESTER                  §                          AC ID: 1863409

     Before me, the undersigned authority, personally appeared Nicole Simmons, who, being by me duly sworn, deposed as follows:

     "My name is Nicole Simmons. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated."

     "I am the person in charge of records of CITY OF DALLAS. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that CITY OF DALLAS provided to MAYRA FACUNDO on 05/27/2021

     The attached records are a part of this affidavit."

     "The attached records are kept by CITY OF DALLAS in the regular course of business, and it was the regular course of business CITY OF DALLAS an employee or representative of CITY OF DALLAS, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original."

     "The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided."

     "The total amount charged for the services was $1883.00. The total amount paid for services was $0.00. The total amount paid by the patient was $0.00. The total amount paid by the insurer was $0.00. The amount currently unpaid but which CITY OF DALLAS has a right to be paid after any adjustments or credits is $1883.00.

Affiant

SWORN TO AND SUBSCRIBED before me on the ____ day of ____, 2021.

Notary Public, State of New York

AMANDA COMPTON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CO6382673
Qualified in Westchester County
My Commission Expires 10-29-2022

Attn: _____          Fax: _____

### AFFIDAVIT OF MEDICAL RECORDS

| | | |
|---|---|---|
| STATE OF NEW YORK | § | REQ: 10773629 |
| COUNTY OF WESTCHESTER | § | AC ID: 1863409 |

Before me, the undersigned authority, personally appeared Nicole Simmons, who, being be me duly sworn, deposed as follows:

My name is Nicole Simmons, I am of sound mind and capable of making this affidavit.

"I am the custodian of the records of CITY OF DALLAS for the service that CITY OF DALLAS provided to MAYRA FACUNDO on 05/27/2021.

The attached records are a part of this affidavit."

"Attached hereto are 5 pages of records from CITY OF DALLAS. These said 5 pages of records are kept by CITY OF DALLAS. In the regular course of business. The information contained in the records were transmitted to Digitech Computer, LLC. in the regular course of business by CITY OF DALLAS or an employee or representative of CITY OF DALLAS who had personal knowledge of the information, act, event, condition, opinion, or diagnosis, recorded to make the record or transmit information thereof to be included in such record. The records were made at or near the time or reasonably soon after the time that the service was provided. The records are the original or an exact duplicate of the original."

"The service provided was necessary and reasonable at the time and place that the service was provided."

_____
Affiant

**SWORN TO AND SUBSCRIBED** before me on the _____ day of _____ , 2021.

_____
Notary Public, State of New York

AMANDA COMPTON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CO6382673
Qualified in Westchester County
My Commission Expires 10-29-2022

COUNTY OF _Dallas_ )
)
)

## AFFIDAVIT OF BILLING OF _Comp. Spine Center_

BEFORE ME, the undersigned authority, personally appeared _Jennifer Luna_, who, being by me dully sworn, deposed and said:

My name is _Jennifer Luna_, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of record, or an authorized representative, of _Comp. Spine center_. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that _Comp. Spine Center_ provided to _Mayra Facundo_ from _6/24/2021_ to _12/16/2021_. The attached records are part of this affidavit.

The attached _7_ pages of records are kept by _Comp. Spine center_ in the regular course of business, and it was the regular course of business of _Comp. Spine center_ for an employee or representative of _Comp. Spine Center_ with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The service provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $ _0.00_ and the amount currently unpaid but which _Comp. Spine center_ has a right to be paid after any adjustments or credit is $ _3,601.00_.

AFFIANT _[signature]_

SUBSCRIBED AND SWORN TO BEFORE ME on this the _25_ day of _March_ _2022_, to certify which witness my hand and official seal.

_[signature]_
Notary Public in and for the State of Texas
My Commission Expires: _October 1st 2025_

GUADALUPE VALLADOLID
Notary Public, State of Texas
Comm. Expires 10-01-2025
Notary ID 133365981

STATE OF TEXAS )

COUNTY OF Dallas                         )
                                         )

## AFFIDAVIT OF RECORDS CUSTODIAN

BEFORE ME, the undersigned authority, personally appeared
__Jennifer  Luna__ who, being by me duly sworn, deposed as follows:


My name is __Jennifer  Luna__, I am of sound mind and capable of making
this affidavit, and personally acquainted with the facts herein stated.


I am a custodian of records at __Comp. Spine Center__ (provider). Attached
hereto are __108__ pages of records from Provider regarding the services Provider provided to
__Mayra Facundo__ on __6/24/2021__ to __12/16/2021__. The said
__108__ pages of records are kept by Provider in the regular course of business, and it was the
Knowledge of the fact, event, condition, opinion, or diagnosis, recorded to make the record or
transmit information thereof to be included in such record; and the record was made at or near
the time or reasonably soon thereafter. The records attached hereto are the original or exact
duplicates.


_____
AFFIANT


SUBSCRIBED AND SWORN TO BEFORE ME on this __25__ day of, __March, 22__ to
certify which witness my hand and official seal.


| GUADALUPE VALLADOLID |
| Notary Public, State of Texas |
| Comm. Expires 10-01-2025 |
| Notary ID 133365981 |

_____
Notary Public in and for the State of Texas
My Commission Expires: __October 1st, 2025__

COUNTY OF ___Tarrant___ )
                        )

### AFFIDAVIT OF BILLING OF ___DFW Prescriptions___

BEFORE ME, the undersigned authority, personally appeared ___Joseph Harmison___ who, being by me dully sworn, deposed and said:

My name is ___Joseph Harmison___, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of record, or an authorized representative, of ___DFW Prescriptions___. Attached to this affidavit are ___1___ pages of records that provide an itemized statement of the service and the charge for the service that ___DFW Prescriptions___ provided to ___Mayra Facundo___ from ___6-24-2021___ to ___12-16-2021___. The attached records are part of this affidavit.

The attached records are kept by ___DFW Prescription___ in the regular course of business, and it was the regular course of business of ___DFW Prescriptions___ for an employee or representative of ___DFW Prescriptions___ with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The service provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $___0___ and the amount currently unpaid but which ___DFW Prescriptions___ has a right to be paid after any adjustments or credit is $___1,100.84___.

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on this the ___22nd___ day of ___March, 2022___, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas
My Commission Expires: ___10-7-2024___


CATHERINE JANICE SMITH
My Notary ID # 10457025
Expires October 7, 2024

STATE OF TEXAS )

COUNTY OF ___*Dallas*___ )

### AFFIDAVIT OF BILLING OF *Methodist Dallas Medical Center*

BEFORE ME, the undersigned authority, personally appeared
___*Michelle Taylor*___, who, being by me dully sworn, deposed and said:

My name is ___*Michelle Taylor*___, I am of sound mind, capable of
making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of record, or an authorized representative, of
___*Methodist Dallas Medical Center (MDMC)*___. Attached to this affidavit are records that
provide an itemized statement of the service and the charge for the service that
___*MDMC*___, provided to
___*Mayra Facundo*___ from ___5/27/21___ to ___5/27/21___. The
attached records are part of this affidavit.

The attached records are kept by ___*MDMC*___ in the
regular course of business, and it was the regular course of business of
___*MDMC*___ for an employee or representative of
___*MDMC*___ with knowledge of the service provided, to
make the record or to transmit information to be included in the record. The records were
made in the regular course of business at or near the time or reasonably soon after the time
the service was provided. The records are the original or a duplicate of the original.

The service provided were necessary *per doctor's orders* and the amount charged for the services was
reasonable at the time and place that the services were provided.

The total amount paid for the services was $___0___ and the amount currently
unpaid but which ___*MDMC*___ has a right to be paid
after any adjustments or credit is $___2,352.00___.

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on this the ___31st___ day of ___Aug.___,
___2021___, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas
My Commission Expires: ___6/12/25___



NOTARY PUBLIC
STATE OF TEXAS

TIA LEI LEOS
Notary ID #12364096
My Commission Expires
June 12, 2025

STATE OF TEXAS                              )
                                           )
COUNTY OF _Dallas_____                 )

### AFFIDAVIT OF RECORDS CUSTODIAN

BEFORE ME, the undersigned authority, personally appeared
_Valerie Hayes_____ who, being by me duly sworn, deposed as follows:

My name is _Valerie Hayes_____, I am of sound mind and capable of
making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records at _Methodist Dallas Med Ctr_ (provider). Attached
hereto are _CO-81_ pages of records from Provider regarding the services Provider provided
to _Mayra Facundo_ on _5/27/2021_ to _5/27/2021_____.
The said _CO-81_ pages of records are kept by Provider in the regular course of business,
and it was the Knowledge of the fact, event, condition, opinion, or diagnosis, recorded to
make the record or transmit information thereof to be included in such record; and the record
was made at or near the time or reasonably soon thereafter. The records attached hereto are
the original or exact duplicates.

_Valerie Hayes_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on this __30th__ day of,
_August 2021_, to certify which witness my hand and official seal.

_Irene Porras_____
Notary Public in and for the State of Texas
My Commission Expires: _6-7-2022_

IRENE PORRAS
NOTARY PUBLIC
STATE OF TEXAS
ID#7542643
EXPIRES 6-7-2022

)
COUNTY OF ___DALLAS_____ )

**AFFIDAVIT OF BILLING OF** ____MRI Centers of Texas_____

BEFORE ME, the undersigned authority, personally appeared ___Krystle Velazquez__, who, being by me dully sworn, deposed and said:

My name is _____Krystle Velazquez_____, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of record, or an authorized representative, of _____MRI Centers of Texas_____. Attached to this affidavit are _3_____ pages of records that provide an itemized statement of the service and the charge for the service that _MRI Centers of Texas_____ provided to _MAYRA FACUNDO_____ from __8/5/21_____ to _8/23/21_____. The attached records are part of this affidavit.

The attached records are kept by _MRI Centers of Texas_____ in the regular course of business, and it was the regular course of business of _MRI Centers of Texas_____ for an employee or representative of _MRI Centers of Texas_____ with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The service provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $_0.00_____ and the amount currently unpaid but which _MRI Centers of Texas_____ has a right to be paid after any adjustments or credit is $_2,803.00_____.

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on this the _22nd_____ day of _MARCH___, _2022_____, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas
My Commission Expires: _06/14/2024_____



NOTARY PUBLIC
STATE OF TEXAS
NINA A IDRIS
Notary ID #130700473
My Commission Expires
June 14, 2024

STATE OF  **TEXAS**                    )
                                        )
COUNTY OF _____Tarrant_____          )


**AFFIDAVIT OF BILLING OF** ___Radiology Associates of North Texas___

BEFORE ME, the undersigned authority, personally appeared
___Callie Gallemore_____, who, being by me dully sworn, deposed and said:

My name is _____Callie Gallemore_____, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of record, or an authorized representative, of _____Radiology Associates of North Texas_____. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that __Radiology Associates of North Texas_____ provided to _____Mayra Facundo_____ from ____05/27/2021_ to __05/27/2021_____. The attached records are part of this affidavit.

The attached records are kept by ___Radiology Associates of North Texas_____ in the regular course of business, and it was the regular course of business of ___Radiology Associates of North Texas_____ for an employee or representative of ___Radiology Associates of North Texas_____ with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The service provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $_____0.00_____ and the amount currently unpaid but which _____Radiology Associates of North Texas_____ has a right to be paid after any adjustments or credit is $_____73.82_____.

_____*Callie Gallemore*_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on this the __10th___ day of __August__, ____2021_____, to certify which witness my hand and official seal.

CANDICE CLARK
Notary Public, State of Texas
Comm. Expires 10-27-2021
Notary ID 131331600

Notary Public in and for the State of Texas
My Commission Expires: __10/27/2021_____

FACUNDO 000115

## AFFIDAVIT OF BILLING RECORDS CUSTODIAN OF
## TEXAS PHYSICIAN RESOURCES, LLP

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF TARRANT** | § |

Before me, the undersigned authority, personally appeared **Steven B. Winkler**, who, being by me duly sworn, deposed as follows:

My name is **Steven B. Winkler**. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am custodian of billing records for **Texas Physician Resources, LLP** ("Provider Group"). Attached to this affidavit are billing records that provide an itemized statement of the service and the charge for the service that Provider Group rendered to **Mayra Facundo** on **05/27/2021.** The attached billing records are a part of this affidavit.

The attached billing records are kept by Provider Group in the regular course of business, and it was the regular course of business of Provider Group for a representative of Provider Group with knowledge of the billing service provided, to make the record or to transmit information to be included in the billing record. The billing records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was **$0.00** and the amount currently unpaid which Provider Group has the right to be paid after any adjustments or credits is **$984.00**.

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the _____ day of _____, 2021.

JASMINE GONZALES
Notary ID #131244660
My Commission Expires
August 14, 2025

_____
Notary Public, State of Texas

Notary's printed name: **Jasmine Gonzales**

My commission expires: **August 14, 2025**